BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4000



FILED
NOV 07 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY J. HELLINGS

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>GREGORIO SALGADO LOPEZ,<br><br>_____Fugitive_____ | NO. 1:11-mc-00033 GSA<br>**UNDER SEAL**<br>COMPLAINT FOR PROVISIONAL ARREST WITH A VIEW TOWARDS EXTRADITION<br>(18 U.S.C. § 3184) |

   I, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

   1.  In this matter, I act for and on behalf of the Government of Mexico ("requesting state");

   2.  There is an extradition treaty in force between the United States and Mexico, 31 U.S.T. 5059, TIAS 9656;

   3.  The treaty provides in Article 11 for the provisional arrest of alleged fugitives pending the submission of a formal request for extradition and supporting documents;

   4.  In accordance with Article 11 of the extradition treaty, the Government of Mexico has asked the United States through

1. diplomatic channels for the provisional arrest of GREGORIO SALGADO LOPEZ with a view toward extradition;

2. 5. According to the information provided by the requesting state in the form authorized by the extradition treaty, GREGORIO SALGADO LOPEZ (hereafter "SALGADO LOPEZ") is charged in the State of Sonora, Mexico, in two separate cases. In the first case, on March 27, 2009, the Fifth District Judge in Nogales, Sonora, issued a formal order of commitment in criminal case number 68/2009, charging SALGADO LOPEZ with Possession of Firearms Without a License, as defined by and punishable under Articles 9(o), 10, 24 and 81 of the federal penal code. After SALGADO LOPEZ was released on bail and failed to reappear to comply with a condition of his release, the judge issued a new warrant for his arrest in that case on April 22, 2009.

In the second case, on February 25, 2011, the Fourth District Judge in Nogales, Sonora, issued an arrest warrant against SALGADO LOPEZ, charging him and two co-defendants in criminal case number 46/2011 with Smuggling Firearms into the Mexican Territory, as defined by and punishable under Article 84 *bis*, paragraph 1, in accordance with Article 9, section III and Article 10, Section 1 of the Federal Law on Firearms and Explosives, in accordance with Article 7, Article 8, and Article 9, paragraph 1 and Article 13, Section III of the Federal Criminal Code.

6. As set forth in materials submitted under cover of Diplomatic Note 04580, dated July 6, 2011, and as supplemented by information provided to the United States Department of Justice by authorities in the Procuraduría General de la República

1 (Attorney General's Office) of the United States of Mexico and by
2 U.S. law enforcement agents, the facts of the case for which
3 extradition is sought are as follows:

4     On or about March 22, 2009, GREGORIO SALGADO LOPEZ ("SALGADO
5 LOPEZ") unlawfully smuggled into Mexico from the United States 55
6 disassembled .22 caliber rifles, which he (SALGADO LOPEZ), Maria
7 Lopez de Salgado, a.k.a. "Maria Sixta Lopez de Salgado" ("Lopez
8 de Salgado"), and Modesto Santiago Sanchez ("Santiago Sanchez")
9 had purchased from a gun shop in Modesto, California.

10     According to the official report of inspectors from the
11 Mexican Tax and Customs Inspection Office, on March 22, 2009,
12 shortly before 6:00 p.m., a bus traveling from Tijuana, Baja
13 California, to Santiago Juxtlahuaca, Oaxaca, arrived at the
14 inspection station in the town of Sonoyta, Sonora, Mexico. The
15 passengers were required to get off the bus with their luggage
16 and present themselves for random inspection in the inspection
17 station.

18     The inspectors reported that one of the passengers whose
19 luggage was randomly chosen for inspection presented documents
20 identifying himself as GREGORIO SALGADO LOPEZ. SALGADO LOPEZ
21 also presented five luggage claim tickets that matched the claim
22 tags on four cardboard boxes and a suitcase. Inside the boxes,
23 the inspectors discovered disassembled pieces of rifles, some
24 wrapped in aluminum foil and hidden under clothes. Re-assembled
25 later in the Office of the Federal Public Prosecutor, the pieces
26 equaled 55 Ruger brand .22 caliber rifles. The Federal Public
27 Prosecutor also made a record of the unique serial number on each
28 of the rifles.

1  On March 24, 2009, SALGADO LOPEZ gave a deposition to the
2 Federal Public Prosecutor of the State of Sonora, in which he
3 claimed that strangers gave him the boxes in Tijuana, said that
4 the boxes contained tools, and asked him if he would take the
5 "tools" with him.  They offered to pay him 30,000 Mexican pesos,
6 so he agreed.  SALGADO LOPEZ also admitted that he did not have
7 the necessary license to possess firearms in Mexico.  He could
8 not remember the people who purportedly offered him money to
9 carry the boxes to Oaxaca.
10  Mexican experts examined the 55 rifles and concluded that,
11 under Mexican federal law, civilians were not prohibited from
12 possessing and carrying such firearms, but they could not do so
13 without a license.  Consequently, on March 27, 2009, a judge in
14 the State of Sonora issued an arrest warrant in case number
15 68/2009, charging SALGADO LOPEZ with possessing firearms without
16 a license.  SALGADO LOPEZ was released on bail with the condition
17 that he return to court to sign the registry of defendants
18 released on bail.  He failed to do so and, as a result, a second
19 warrant was issued for his arrest in that case.
20  Agents of the U.S. Bureau of Alcohol, Tobacco, Firearms and
21 Explosives ("ATF") quickly learned of the seizure of the rifles
22 being transported by SALGADO LOPEZ.  Using the serial numbers on
23 the seized guns, by mid-April 2009, ATF agents had traced 54 of
24 the seized rifles to Pete's Sport Shop in Madera, California. ATF
25 agents subsequently traced the serial from the additional seized
26 rifle to Pete's Sport Shop in Madera, California as well.
27 Records from that shop revealed that 35 of the rifles seized in
28 Sonora had been purchased by a man who identified himself as

1  GREGORIO SALGADO LOPEZ; 18 of the rifles had been purchased by a
2  woman named Maria Lopez de Salgado; and two rifles had been
3  purchased by a man named Modesto Santiago Sanchez.  In addition,
4  ATF agents found eight additional people whose gun purchases at
5  Pete's Sport Shop suggested illegal activity.
6       ATF and Immigration and Customs Enforcement ("ICE") agents
7  began interviewing the purchasers who had raised suspicions.  On
8  June 22, 2011, agents interviewed Lopez de Salgado at a home in
9  Madera about her purchase of approximately 142 firearms from
10 Pete's Sport Shop between 2006 and 2009.  Lopez de Salgado told
11 the agents that she and her husband, Ernesto Salgado Guzman,
12 bought the firearms for the purpose of selling them in Mexico.
13 She transported many of the firearms herself in boxes by bus to
14 Oaxaca, Mexico, where she sold them for approximately 3,000 pesos
15 apiece.  Lopez de Salgado admitted that she had never applied
16 for, or received permission to, export firearms to Mexico.  She
17 also said that she had forced her daughter, Elodia Santiago, to
18 purchase some firearms at the gun shop so that they could be sent
19 to Mexico and sold there.
20      ATF and ICE agents also interviewed Elodia Santiago and
21 Ernesto Salgado Guzman.  Elodia Santiago told the agents that her
22 mother and stepfather, Ernesto Salgado Guzman, took her twice to
23 purchase firearms in Madera, California.  They filled out the
24 purchase paperwork but her mother made her sign the forms and buy
25 the weapons.
26      Ernesto Salgado Guzman ("Salgado Guzman") corroborated the
27 statements of his wife and his stepdaughter. He also admitted
28 transporting firearms to Mexico himself.  Salgado Guzman said

that he knew other people who were also involved in buying firearms in California for transport to Mexico, including men named GREGORIO SALGADO LOPEZ and Demetrio Sebastian Cortez Ordaz (Sr.).

Demetrio Sebastian Cortez Ordaz, Sr., was interviewed by ATF and ICE agents on June 22, 2009. He told the agents that he had purchased firearms at a shop in Madera, California, for the purpose of selling the firearms in Mexico. Cortez Ordaz, Sr., sometimes took the firearms to Oaxaca himself, transporting them in boxes on a bus. Cortez Ordaz, Sr., also stated that he used other people to purchase firearms for him. He named Modesto Santiago Sanchez as one of the people whom he instructed to buy firearms for him. Records from Pete's Sport Shop showed that a Modesto Santiago Sanchez had purchased 30 rifles; Cortez Ordaz, Sr., said that he still had 28 of those rifles in his (Cortez Ordaz's) house.

U.S. law enforcement agents were not able to interview GREGORIO SALGADO LOPEZ or Modesto Santiago Sanchez.

The ATF shared with Mexican authorities the results of its investigation of illegal firearms purchases at Pete's Sport Shop. After consideration of that additional evidence, on February 25, 2011, in case number 46/2011, Mexico charged GREGORIO SALGADO LOPEZ, Maria Lopez de Salgado, and Modesto Santiago Sanchez with smuggling firearms into Mexico.

The evidence in support of extradition includes identification documents, with photographs, presented by GREGORIO SALGADO LOPEZ to Mexican customs inspectors on March 22, 2009; a photograph from the California driver's license presented by

1  GREGORIO SALGADO LOPEZ to Pete's Sport Shop when he purchased 35
2  of the 55 rifles seized by Mexican customs authorities on March
3  22, 2009; and a photograph from the California driver's license
4  presented by Maria Lopez de Salgado to Pete's Sport Shop when she
5  purchased 17 of the 55 rifles seized by Mexican customs
6  authorities.

7     7.   Possession of Firearms without a License and Smuggling
8  Firearms are extraditable offenses under Article 2, paragraph 1
9  of the Extradition Treaty between the United States and Mexico,
10 and items 19 and 21 of the Treaty's appendix.

11    8.   SALGADO LOPEZ is a Mexican citizen, born on March 12,
12 1978.  A photograph of SALGADO LOPEZ has been provided by the
13 Government of Mexico.

14    9.   SALGADO LOPEZ is at large and believed to be in the
15 Eastern District of California.  The United States Marshals
16 Service has detailed location information.

17    10.  Because disclosure of the existence of this complaint
18 and the requested warrant may cause SALGADO LOPEZ to flee, or may
19 put the arresting officers in greater danger, the undersigned
20 complainant requests that this complaint and the requested
21 warrant be placed UNDER SEAL until the arrest of SALGADO LOPEZ or
22 until further order of the Court.

23    WHEREFORE, the undersigned complainant requests that a
24 warrant for the arrest of SALGADO LOPEZ be issued in accordance
25 with 18 U.S.C. § 3184, and the Extradition Treaty between the
26 United States and Mexico; and that, upon such hearing as is
27 required by federal law, if the Court deems the evidence
28 sufficient under the provisions of the treaty to sustain the

1 | charges for which extradition is sought, the Court certify the
2 | same to the Secretary of State so that a warrant may be issued
3 | for the surrender of SALGADO LOPEZ to the appropriate authorities
4 | of Mexico.  The United States also requests that the Court take
5 | such other actions as may be required under the provisions of the
6 | treaty and the laws of the United States.

8 |      I swear under penalty of perjury that the foregoing is
9 | true and correct to the best of my knowledge.

*[signature]*
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

14 | Sworn to before me and subscribed in my presence this 7th day of November, 2011, at Fresno, California.

*[signature]*
THE HON. GARY S. AUSTIN
United States Magistrate Judge