**FILED**

NOV 07 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY J. HELLINGS
  DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

1:11-mc-00033 GSA

| | |
|---|---|
| IN THE MATTER OF THE THE EXTRADITION OF GREGORIO SALGADO LOPEZ, Fugitive. | NO. <br> **UNDER SEAL** <br> ORDER AUTHORIZING PROVISIONAL ARREST PURSUANT TO 18 U.S.C. § 3184 |

BEFORE ME, a United States Magistrate Judge for the Eastern District of California, personally appeared Assistant United States Attorney Kimberly A. Sanchez, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C. § 3184 sets forth facts on the basis of which I find probable cause to believe that GREGORIO SALGADO LOPEZ, should be apprehended and brought before this Court to the end that the evidence of criminality may be heard and considered as provided in 18 U.S.C. § 3184 and the Extradition Treaty between the United States and Mexico.

IT IS THEREFORE ORDERED that a warrant for the provisional arrest of GREGORIO SALGADO LOPEZ, be issued.

Dated: 11/7/11

THE HON. GARY S. AUSTIN
United States Magistrate Judge

-1-
Order Authorizing Provisional Arrest Pursuant to 18 U.S.C. § 3184