**SEALED**

FILED
NOV 07 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____J. HELLINGS_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE<br><br>THE EXTRADITION OF<br>GREGORIO SALGADO LOPEZ,<br><br>    Fugitive. | NO. 1:11-mc-00033 GSA<br><br>**UNDER SEAL**<br><br>ORDER SEALING THE COMPLAINT AND<br>ORDER AUTHORIZING PROVISIONAL<br>ARREST |

The United States of America has submitted a complaint and order authorizing the provisional arrest of the above-referenced subject pursuant to a request by the Mexican government under 18 U.S.C. § 3184,

IT IS HEREBY ORDERED that the complaint and order authorizing provisional arrest shall be filed under <u>seal</u> and shall not be disclosed pending further order of this Court.

Dated: 11/7/11

_____
THE HON. GARY S. AUSTIN
United States Magistrate Judge

-1-
Order Sealing the Complaint and Order Authorizing Provisional Arrest