**FILED**

NOV 0 9 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADITION OF | ) NO. 1:11-MC-033 GSA |
| GREGORIO SALGADO LOPEZ, | ) ORDER UNSEALING THE COMPLAINT AND ) ORDER AUTHORIZING PROVISIONAL |
| Fugitive. | ) ARREST |

The complaint and order in this case having been sealed by this Court on November 7, 2011, and it appearing that they no longer need to remain secret based on the subject's arrest,

IT IS HEREBY ORDERED that the complaint and order be unsealed and made public record.

DATED: 11/9/11

_____
United States Magistrate Judge