BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
IAN GARRIQUES
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADITION OF<br><br>GREGORIO SALGADO-LOPEZ, | CASE NO. 1:11-MC-00033 BAM<br><br>STIPULATION AND<br>ORDER FOR CONTINUANCE OF<br>EXTRADITION HEARING |

   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez and Ian Garriquez, Assistant U.S. Attorneys and Roger Bonakdar, attorney for Gregorio Salgado-Lopez, that the extradition hearing set for May 29, 2012 at 1:30 pm be continued to May 31, 2012 at 1:30 pm.  The undersigned Assistant U.S. Attorney has a hearing on a juvenile matter scheduled in front of the Honorable Lawrence J. O'Neill on May 29, 2012 at 1:30 p.m., and had not noticed the conflict when responding to the fugitive's motion to continue the extradition hearing to May 29, 2012 from a previously scheduled date.  The government has consulted with Mr. Bonakdar, who has no objection to the continuance.

1

```
Dated: May 25, 2012                    Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                 By    /s/ Kimberly A. Sanchez
                                       KIMBERLY A. SANCHEZ
                                       Assistant U.S. Attorney

Dated: May 25, 2012                    /s/ Roger Bonakdar
                                       ROGER BONAKDAR
                                       Attorney for Gregorio Salgado-
                                       Lopez
```

IT IS SO ORDERED.

**Dated:   May 25, 2012**          **/s/ Barbara A. McAuliffe**
                                   UNITED STATES MAGISTRATE JUDGE