1  ROGER S. BONAKDAR
   Attorney at Law
2  Law Offices of Nuttall Coleman & Wilson
   2445 Capitol Street, Suite 150
3  Fresno, CA 93721
   Tel: (559) 233-2900
4  Attorney for GREGORIO SALGADO LOPEZ



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE THE EXTRADITION OF  )<br>)<br>GREGORIO SALGADO LOPEZ  )<br>)<br>)<br>)<br>) | Case No. 1:10-MC-00033 BAM<br><br>AFFIDAVIT OF WAIVER OF EXTRADITION AND<br>[PROPOSED] ORDER |

AFFIDAVIT OF WAIVER OF EXTRADITION

I, GREGORIO SALGADO LOPEZ, having been fully informed by my attorney, ROGER BONAKDAR, of my rights under the extradition treaty in force between the United States and Mexico and Title 18, United States Code, § 3184 et seq., do hereby waive any and all such rights and ask the Court to expedite my return, in custody, to Mexico.

My attorney, with whose services I am satisfied, has explained to me the terms of the extradition treaty in force between the United States and Mexico, the applicable sections of Title 18, United States Code, and the complaint filed by the United States Attorney on behalf of the Government of Mexico. I understand that, pursuant to Title 18, United States Code,

Section 3184, I am entitled to a hearing at which certain facts would need to be established, including:

1. that currently there is an extradition treaty in force between the United States and Mexico;

2. that the treaty covers the offenses for which my extradition was requested;

3. that I am the person whose extradition is sought by the Government of Mexico; and

4. that probable cause exists to believe that I committed the offenses for which extradition was requested.

I concede that I am the individual against whom charges are pending in Mexico and for whom process is outstanding there. I fully understand that in the absence of a waiver of my rights, I cannot be compelled to return to Mexico unless and until a court in the United States issues a ruling certifying my extraditability and the Secretary of State of the United States orders my extradition by issuing a warrant of surrender.

I have reviewed the complaint and I fully understand my right to a hearing at which my counsel and I could challenge the extradition request presented by the Government of Mexico.

I hereby waive my rights under the extradition treaty and the applicable sections of Title 18, United States Code, and agree to be transported in custody, as soon as possible, to Mexico, and to remain in custody pending the arrival of agents from Mexico. No representative, official, or officer of the United States or of the Government of Mexico, nor any person whomsoever, has made any promise or offered any other form of inducement nor made any threat or exercised any form of

1  intimidation against me. I execute this waiver of rights
2  knowingly, voluntarily and entirely of my own free will and
3  accord.

5  DATED: 6-1-12                    *Gregorio Salgado L.*
                                    GREGORIO SALGADO LOPEZ

7  DATED: 6v1-12
                                    ROGER BONAKDAR
                                    Attorney for GREGORIO SALGADO LOPEZ

10 DATED: 6-1-12
                                    Interpreter [if applicable]
                                    [Printed Name and Signature]

15     I hereby certify that GREGORIO SALGADO LOPEZ personally
16 appeared before me and made his oath in due form of law that the
17 statements herein are true.

19 DATED: 6/1/12
                                    United States Magistrate Judge
                                    Eastern District of California

3