

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN THE MATTER OF THE THE EXTRADITION OF | ) ) ) ) | Case No. 1:10-MC-00033 BAM ORDER |
| GREGORIO SALGADO LOPEZ | ) ) ) ) ) | |

### O R D E R

The Court having received the Complaint filed on November 7, 2011, by Kimberly A. Sanchez, Assistant United States Attorney for the Eastern District of California, for and on behalf of the Government of Mexico, pursuant to the request of the Government of Mexico, for the provisional arrest and extradition of GREGORIO SALGADO LOPEZ, and an affidavit executed by GREGORIO SALGADO LOPEZ and witnessed by his attorney ROGER BONAKDAR;

And, further, the Court having been advised in open session that GREGORIO SALGADO LOPEZ is a fugitive sought by the Government of Mexico; that he is aware that the Government of Mexico has filed charges against him and has obtained a warrant for his arrest; that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has

1  been fully advised of his rights in this country pursuant to the
2  extradition treaty in force between the Government of the United
3  States and the Government of Mexico and Title 18, United States
4  Code, § 3184 et seq.; and that he has knowingly and voluntarily
5  waived those rights;

6      IT IS THEREFORE ORDERED that GREGORIO SALGADO LOPEZ be
7  committed to the custody of the United States Marshal for the
8  Eastern District of California pending arrival of the duly
9  authorized representatives of the Government of Mexico, at which
10 time the United States Marshal shall deliver GREGORIO SALGADO
11 LOPEZ, together with any evidence seized incidental to his arrest
12 and sought by the Government of Mexico, to the custody of such
13 authorized representatives to be transported to Mexico to be held
14 for trial or other disposition; and

15     IT IS FURTHER ORDERED that the transfer of physical custody
16 of GREGORIO SALGADO LOPEZ, together with any evidence seized,
17 shall be at such time and place as mutually agreed upon by the
18 United States Marshal for the Eastern District of California and
19 the duly authorized representatives of the Government of Mexico.

20     The Clerk of the Court is directed to forward copies of this
21 Order and the executed Affidavit of Waiver to the Director,
22 Office of International Affairs, Criminal Division, Department of
23 Justice, in Washington, D.C., and the Assistant U.S. Attorney.

24     SO ORDERED, this __1__ day of __June__, 2012.

                                    _____
                                    BARBARA A. McAULIFFE
                                    United States Magistrate Judge
                                    Eastern District of California

2