

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE THE EXTRADITION OF<br><br>GREGORIO SALGADO LOPEZ | Case No. 1:10-MC-00033 BAM<br><br>ORDER |

### O R D E R

The Court having received the Complaint filed on November 7, 2011, by Kimberly A. Sanchez, Assistant United States Attorney for the Eastern District of California, for and on behalf of the Government of Mexico, pursuant to the request of the Government of Mexico, for the provisional arrest and extradition of GREGORIO SALGADO LOPEZ, and an affidavit executed by GREGORIO SALGADO LOPEZ and witnessed by his attorney ROGER BONAKDAR;

And, further, the Court having been advised in open session that GREGORIO SALGADO LOPEZ is a fugitive sought by the Government of Mexico; that he is aware that the Government of Mexico has filed charges against him and has obtained a warrant for his arrest; that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has

been fully advised of his rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Government of Mexico and Title 18, United States Code, § 3184 et seq.; and that he has knowingly and voluntarily waived those rights;

IT IS THEREFORE ORDERED that GREGORIO SALGADO LOPEZ be committed to the custody of the United States Marshal for the Eastern District of California pending arrival of the duly authorized representatives of the Government of Mexico, at which time the United States Marshal shall deliver GREGORIO SALGADO LOPEZ, together with any evidence seized incidental to his arrest and sought by the Government of Mexico, to the custody of such authorized representatives to be transported to Mexico to be held for trial or other disposition; and

IT IS FURTHER ORDERED that the transfer of physical custody of GREGORIO SALGADO LOPEZ, together with any evidence seized, shall be at such time and place as mutually agreed upon by the United States Marshal for the Eastern District of California and the duly authorized representatives of the Government of Mexico.

The Clerk of the Court is directed to forward copies of this Order and the executed Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division, Department of Justice, in Washington, D.C., and the Assistant U.S. Attorney.

SO ORDERED, this __1__ day of June, 2012.

BARBARA A. McAULIFFE
United States Magistrate Judge
Eastern District of California